BISSELL, executor of *Isaac Bishop,* deceased, *against* SPENCER, treasurer of the state of *Connecticut :*

### IN ERROR.

Where a motion in error was brought before this Court, without any special assignment of errors, after the case had been argued and submitted for decision, it was remanded to the superior court, with liberty to the plaintiff in error to make a special assignment of errors, and to re-argue the case before this Court, upon such terms as the superior court should impose.

THIS case having been brought before this Court, on motion in error, by the defendant below, and having been argued and

submitted for decision; it appeared, that there was no assign- *Fairfield,* ment of errors, except the following: " The said *Bissell* claim- June, 1831. ing that the declaration of the plaintiff in said cause is insuffi- cient in law, and that the superior court erred and mistook the law in rendering judgment against him, as aforesaid, in this, *viz.* that the said declaration is insufficient as aforesaid." The question was thereupon raised, by the Judges, in consultation, whether they could proceed to a decision upon the merits of the case, consistently with the rule in 6 *Conn. Rep.* 327. re- quiring " in every writ of error, a special assignment of er- rors," and declaring, that " the Court will hear no other." After due deliberation, it was decided,

Bissell
*v.*
Spencer.

*Per Curiam, (a)* that the motion in error be remanded to the superior court, with liberty to the plaintiff in error to make a special assignment of errors, and to re-argue the case before this court, upon such terms as the superior court may impose.

Motion in error remanded.

(*a*) Present HOSMER, Ch. J. and DAGGETT and WILLIAMS, Js.